IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TORAN K. GREEN,

    Petitioner,

v.                                    Case No.   4:15cv187-MW/CAS

JULIE JONES, Secretary,
Florida Department of Corrections,

    Respondent.
_____/

ORDER ACCEPTING AND ADOPTING REPORT
AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation. ECF No. 3.   Upon consideration, no objection having been filed by Petitioner,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "Petitioner's Motion for Extension of Time, ECF No. 1, is **DENIED**.  This case is **DISMISSED without prejudice**. A certificate of appealability is **DENIED** and leave to appeal in forma pauperis is **DENIED**."   The Clerk shall close the file.

SO ORDERED on April 30, 2015.

                                          s/Mark E. Walker            
                                          **United States District Judge**